CORTLAND PROPERTIES, INC., Respondent, v. TWENTY-FIVE FIFTH AVENUE CORPORATION, Appellant.— Orders unanimously affirmed, each with ten dollars costs and disbursements to the respondent, with leave to the defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FAMILY FINANCE CORPORATION, Respondent, v. SAM NADBORNE, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM C. KNAUER, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY MACFADDEN, Respondent, v. BERNARR MACFADDEN, Appellant.— Judgment, and order so far as appealed from, unanimously reversed and the motion denied, on the ground that there are triable issues of fact. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

W. G. POST, INC., Appellant, v. PIERCE OIL COMPANY, S. A., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

SOL WINKELMAN, Respondent, v. PEARL WINKELMAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent, v. EMPIRE SQUARE REALTY COMPANY, Appellant, Impleaded with Others, Defendants.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE FULNAU CORP., Petitioner, Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD OOLIE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE NATIONAL BRONX BANK OF NEW YORK, Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Judgments unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon and Untermyer, JJ.

CHITTENDEN LUMBER COMPANY, INC., on Behalf of Itself and All Others Similarly Situated, Appellant, v. SILBERBLATT & LASKER, INC., and STANDARD INSURANCE COMPANY, Respondents, HYMAN SHAPIRO, as Assignee for the Benefit of Creditors of DIXON CONCRETE CONSTRUCTION CO., INC., and Others, Defendants, SUMMERS LUMBER & SUPPLY CORP. and THE CARLSON HOIST & MACHINE CO., INC., Appellants, and UNITED HOISTING CO., INC., and Others, Additional Defendants, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Townley, J., dissents.